

# Fourth Court of Appeals
## San Antonio, Texas

September 20, 2019

No. 04-19-00212-CR

Sean Leroy **HAYS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 17-0232-CR-A
Honorable William Old, Judge Presiding

# O R D E R

The reporter's record in this case was originally due on August 23, 2019. On September 5, 2019, this court notified the court reporter, Terri Robason, that the record was late. On September 13, 2019, Ms. Robason filed a notice of late record requesting an extension of time to file her volume of the reporter's record (Volume 7) until September 23, 2019. The request is GRANTED. It is ORDERED that Ms. Robason file Volume 7 of the reporter's record by no later than September 23, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of September, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court